HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
lexi_negin@fd.org

Attorney for Defendant
DAWN THERESA LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAWN THERESA LEE,<br><br>　　　　　Defendant. | Case No.  2:14-mj-083 CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME**<br><br>Date:　September 29, 2014<br>Time:　2:00 p.m.<br>Judge:　Hon. Allison Claire |

　　　　It is hereby stipulated and agreed between defendant, Dawn Theresa Lee, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for August 25, 2014, may be continued to September 29, 2014, at 2:00 p.m.

　　　　Ms. Lee was charged in a criminal complaint filed April 10, 2014.  The parties agreed to a further continuance of the preliminary hearing to consider resolving the pending charges without a formal indictment.  Accordingly, the parties ask the Court to continue the preliminary hearing to September 29, 2014, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1. The parties agree that their agreement to resolve the case without indictment constitutes good cause for the continuance.

　　　　In light of the above, the parties also ask the Court to find that the interests of justice to be served by this continuance outweigh the best interests of the public and Ms. Lee in a speedy trial and to exclude under the Speedy Trial Act the period of delay from the date of this order

through September 29, 2014, see 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare. Specifically, Ms. Lee agrees to waive her right to a speedy indictment.

                    Respectfully Submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

Dated: August 20, 2014          */s/ Lexi Negin*
                                      LEXI NEGIN
                                      Assistant Federal Defender
                                      Attorney for DAWN THERESA LEE

                    BENJAMIN WAGNER
                    United States Attorney

Dated: August 20, 2014          */s/ Lexi Negin for M. McCoy*
                                      MICHAEL D. McCOY
                                      Assistant U.S. Attorney

## O R D E R

The arraignment scheduled for August 25, 2014, at 2:00 p.m., is vacated pending scheduling of the matter before the Magistrate Judge on September 29, 2014.

IT IS SO ORDERED.

Dated: August 21, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE