## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Dawn Theresa Lee<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO REDUCE
TERM OF SUPERVISED RELEASE FOR
SUCCESSFUL COMPLETION
OF REENTRY COURT
(18 U.S.C. 3583(3)(1)**

**Docket Number:  2:14CR00305-01**

On February 23, 2017, the defendant was accepted as a participant in the Reentry Court Program.  As of March 27, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of January 2, 2020.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved.  The term of Supervised Release imposed on February 24, 2015, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

March 27, 2018
_____
**Date**

_____
**The Honorable Allison Claire**
**U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved.  The defendant's term of Supervised Release is reduced by one year, with a new termination date of January 2, 2020.

March 27, 2018
_____
**Date**

_____
John A. Mendez
U.S. District Judge

cc: Defendant
   Assistant United States Attorney:  Michael McCoy
   Defense Counsel:  Alexandra Negin
   FLU Unit – United States Attorney's Office
   Fiscal Clerk - Clerk's Office